(Official Form 1) (12/03)

| FORM B1 | United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Diagnostic Imaging Services, Inc. d/b/a High Tech Medical Imaging** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names):<br>**DBA High Tech Medical Imaging; DBA High Tech Open MRI; DBA MRI Center at Good Shepherd Hospital; DBA Northwest Imaging Network** | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No.<br>(if more than one, state all):   **36-3695328** | Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No.<br>(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**18-2 E. Dundee Road<br>Suite 100<br>Barrington, IL 60010** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code): |
| County of Residence or of the<br>Principal Place of Business:   **Lake** | County of Residence or of the<br>Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |

| Location of Principal Assets of Business Debtor   **912 Northwest Hwy, Suite 5, Fox River Grove, IL 60021**<br>(if different from street address above):   **721 W. Main Street, Lake Zurich, IL 60047<br>450 W. Highway 22,** |
|---|

### Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)
- ■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
- ☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| **Type of Debtor** (Check all boxes that apply) | **Chapter or Section of Bankruptcy Code Under Which the Petition is Filed** (Check one box) |
|---|---|
| ☐ Individual(s)   ☐ Railroad | ☐ Chapter 7   ■ Chapter 11   ☐ Chapter 13 |
| ■ Corporation   ☐ Stockbroker | ☐ Chapter 9   ☐ Chapter 12 |
| ☐ Partnership   ☐ Commodity Broker | ☐ Sec. 304 - Case ancillary to foreign proceeding |
| ☐ Other_____   ☐ Clearing Bank | |

| **Nature of Debts** (Check one box)<br>☐ Consumer/Non-Business   ■ Business | **Filing Fee** (Check one box)<br>■ Full Filing Fee attached |
|---|---|
| **Chapter 11 Small Business** (Check all boxes that apply)<br>☐ Debtor is a small business as defined in 11 U.S.C. § 101<br>☐ Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional) | ☐ Filing Fee to be paid in installments (Applicable to individuals only.)<br>Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments.<br>Rule 1006(b). See Official Form No. 3. |

**Statistical/Administrative Information** (Estimates only)
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|---|
| | ☐ | ☐ | ☐ | ■ | ☐ | ☐ |

Estimated Assets

| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001 to<br>$50 million | $50,000,001 to<br>$100 million | More than<br>$100 million |
|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ |

Estimated Debts

| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001 to<br>$50 million | $50,000,001 to<br>$100 million | More than<br>$100 million |
|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ |

## Voluntary Petition
*(This page must be completed and filed in every case)*

Diagnostic Imaging Services, Inc. d/b/a High Tech Medical Imaging

| **Prior Bankruptcy Case Filed Within Last 6 Years** (If more than one, attach additional sheet) | | |
|---|---|---|
| Location Where Filed:  **- None -** | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:  **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney

X  **/s/ Christopher M. Cahill**
Signature of Attorney for Debtor(s)

**Christopher M. Cahill 6257370**
Printed Name of Attorney for Debtor(s)

**Schwartz, Cooper, Greenberger & Krauss, Chtd.**
Firm Name

**180 N. LaSalle Street**
**Suite 2700**
**Chicago, IL 60601**
Address                    **Email: rreibman@scgk.com**

**312-346-1300  Fax: 312-264-2459**
Telephone Number

**October 14, 2005**
Date

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.
The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Kevin (Kasey) Cassidy**
Signature of Authorized Individual

**Kevin (Kasey) Cassidy**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**October 14, 2005**
Date

### Exhibit A

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐ Exhibit A is attached and made a part of this petition.

### Exhibit B

(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X _____
Signature of Attorney for Debtor(s)          Date

### Exhibit C

Does the debtor own or have possession of any property that poses a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No

### Signature of Non-Attorney Petition Preparer

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number (Required by 11 U.S.C.§ 110(c).)

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X _____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.

**Form 4. LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS**

# United States Bankruptcy Court
## Northern District of Illinois

In re    <u>Diagnostic Imaging Services, Inc. d/b/a High Tech Medical Imaging</u>      Case No. <u>         </u>

Debtor(s)      Chapter    <u>**11**</u>

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **Harris Bank Cary Grove**<br>**122 W. Main St.**<br>**Cary, IL 60013** | **Harris Bank Cary Grove**<br>**122 W. Main St.**<br>**Cary, IL 60013**<br>**312-461-3376** | **Loan** | | **491,433.72** |
| **Quentin Road Partners, LLC**<br>**c/o GK Development, Inc.**<br>**303 E. Main St., #201**<br>**Barrington, IL 60010** | **GK Development, Inc.**<br>**Quentin Road Partners, LLC**<br>**303 E. Main St., #201**<br>**Barrington, IL 60010** | **Lawsuit Judgment** | **Unliquidated** | **269,868.44** |
| **Eastern Isotopes, Inc.**<br>**Attn:  Mike Parisi**<br>**801 Forestwood Drive**<br>**Romeoville, IL 60446** | **Mike Parisi**<br>**Eastern Isotopes, Inc.**<br>**801 Forestwood Drive**<br>**Romeoville, IL 60446**<br>**815-372-1066** | **Trade Debt**<br>**Medication** | | **83,094.73** |
| **Phillips Medical Systems**<br>**22100 Bothell Everett Highway**<br>**Bothell, WA 98021-8431** | **Phillips Medical Systems**<br>**22100 Bothell Everett Highway**<br>**Bothell, WA 98021-8431** | **Trade Debt**<br>**Equipment Service** | | **49,820.00** |
| **Source One Healthcare Tech**<br>**P.O. Box 403209**<br>**Atlanta, GA 30384-3209** | **Source One Healthcare Tech**<br>**P.O. Box 403209**<br>**Atlanta, GA 30384-3209**<br>**866-326-1362** | **Trade Debt**<br>**Medical Supplies** | | **39,511.69** |
| **Hospira Worldwide, Inc.**<br>**75 Remittance Dr., #6136**<br>**Chicago, IL 60675-6136** | **Hospira Worldwide, Inc.**<br>**75 Remittance Dr., #6136**<br>**Chicago, IL 60675-6136** | **Trade Debt**<br>**Medical Supplies** | | **38,202.20** |
| **Caldwell, Berner & Caldwell**<br>**Attn:  Sandra Kerrick**<br>**100-1/2 Cass St.**<br>**Woodstock, IL 60098** | **Sandra Kerrick**<br>**Caldwell, Berner & Caldwell**<br>**100-1/2 Cass St.**<br>**Woodstock, IL 60098**<br>**815-387-0015** | **Trade Debt**<br>**Legal** | **Disputed** | **31,742.85** |
| **Law Offices of Richard L. Swedberg**<br>**Attn:  Richard Swedberg**<br>**111 W. Washington St., #1860**<br>**Chicago, IL 60602-2764** | **Richard Swedberg**<br>**Law Offices of Richard L. Swedberg**<br>**111 W. Washington St., #1860**<br>**Chicago, IL 60602-2764**<br>**312-236-3360** | **Trade Debt**<br>**Legal** | | **28,000.00** |
| **Thomas C. Seiwert**<br>**8700 Bryn Mawr Ave**<br>**#800 South**<br>**Chicago, IL 60631** | **Thomas C. Seiwert**<br>**8700 Bryn Mawr Ave, #800 S**<br>**Chicago, IL 60631**<br>**773-407-1120** | **Trade Debt**<br>**Accounting** | | **26,785.00** |

In re  __Diagnostic Imaging Services, Inc. d/b/a High Tech Medical Imaging__        Case No. _____

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| Name of creditor and complete mailing address, including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Time Insurance Company Attn.  Premium Services 501 W. Michigan Milwaukee, WI 53203 | Attn. Premium Services Time Insurance Company 501 W. Michigan Milwaukee, WI 53203 800-743-8463 | Trade Debt Employee Health Insurance | | 23,913.84 |
| McKesson 601 E. Corporate Drive Lewisville, TX 75057 | McKesson 601 E. Corporate Drive Lewisville, TX 75057 877-259-4624 | Trade Debt Medical Supplies | | 23,765.28 |
| DiMonte & Lizak, LLC Attn:  Ricardo DiMonte 215 W. Higgins Road Park Ridge, IL 60068 | Ricardo Di Monte DiMonte & Lizak, LLC 215 W. Higgins Road Park Ridge, IL 60068 847-698-9600 | Trade Debt Legal | Disputed | 23,597.28 |
| GE Healthcare 945 N. Edgewood Ave., #A-1 Wood Dale, IL 60191 | GE Healthcare 945 N. Edgewood Ave., #A-1 Wood Dale, IL 60191 630-595-6642 | Trade Debt Medication | | 23,072.08 |
| Hitachi Medical Systems America 1959 Summit Commerce Park Twinsburg, OH 44087 | Hitachi Medical Systems America 1959 Summit Commerce Park Twinsburg, OH 44087 330-925-1313 | Trade Debt Equipment Service | | 19,166.66 |
| MagnaServ, Inc. Attn:  Len Spooner 2862 SE Monroe St. Stuart, FL 34997 | MagnaServ, Inc. Attn:  Len Spooner 2862 SE Monroe St. Stuart, FL 34997 | Operating PET Agreement | | 17,000.00 |
| Phillips Medical Financial Systems 1111 Old Eagle School Road P.O. Box 6608 Wayne, PA 19087-8608 | Phillips Medical Financial Systems 1111 Old Eagle School Road P.O. Box 6608 Wayne, PA 19087-8608 | Equipment Lease | | 16,693.00 |
| Cardiovascular Associates, SC Attn:  Cathleen Biga 900 S. Frontage Rd., #325 Woodridge, IL 60517 | Cardiovascular Associates, SC Attn: Cathleen Biga 900 S. Frontage Rd., #325 Woodridge, IL 60517 | Trade Debt Professional Services Medical Supervision | | 16,000.00 |
| CompuRay Medical Staffing, Inc. 201 E. Army Trail Rd. #305 Bloomingdale, IL 60108 | CompuRay Medical Staffing, Inc. 201 E. Army Trail Rd. #305 Bloomingdale, IL 60108 | Trade Debt Tech Staffing | | 13,803.68 |
| Wed MD Practice Services 4627 Collections Center Dr. Chicago, IL 60693-0046 | Wed MD Practice Services 4627 Collections Center Dr. Chicago, IL 60693-0046 | Trade Debt Software Maintenance | | 13,019.87 |
| Banc of America Leasing Lease Admin Center, PO Box 371992 Pittsburg, PA 15250-7992 | Banc of America Leasing Lease Admin Center, PO Box 371992 Pittsburg, PA 15250-7992 | Equipment Lease | | 11,946.00 |

In re  **Diagnostic Imaging Services, Inc. d/b/a High Tech Medical Imaging**                    Case No. _____

                                                Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
## (Continuation Sheet)

# DECLARATION UNDER PENALTY OF PERJURY
# ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **October 14, 2005**                    Signature  **/s/ Kevin (Kasey) Cassidy**
                                                **Kevin (Kasey) Cassidy**
                                                **President**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

Software Copyright (c) 1996-2004 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

# United States Bankruptcy Court
## Northern District of Illinois

In re    Diagnostic Imaging Services, Inc. d/b/a High Tech Medical Imaging        Case No. _____

                         Debtor(s)        Chapter   **11**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors: _____ **172**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:   **October 14, 2005**           **/s/ Kevin (Kasey) Cassidy** _____

                                          **Kevin (Kasey) Cassidy/President**
                                          Signer/Title

Abdul Kahn MD
990 Grand Canyon Parkway #218
Schaumburg, IL 60194


Accent
7171 Mercy Rd #250
Omaha, NE 68106-5006


Accent Insurance Recovery Solutions
P.O. Box 952366
Saint Louis, MO 63195


ADT Security Systems
PO Box 371967
Pittsburg, PA 15250


Aetna
3500 E Coliesum
Fort Wayne, IN 46805-1667


Aetna
PO Box 1125
Blue Bell, PA 19422


Aetna
7400 West Campus Rd
New Albany, OH 43054


Aetna
PO Box 3914
Allentown, PA 18106-0914


Aflac
1932 Wynnton Rd.
Columbus, GA 31999-0797


Alpha Graphics
2561 Waukegan Rd
Bannockburn, IL 60015


American Radiology Associates, SC
18-2 E Dundee Rd, Ste 100
Barrington, IL 60010

Anil Khemani
3703 Doty Road
Woodstock, IL 60098


Astella Pharma US, Inc.
88217 Expedite Way
Chicago, IL 60695-0001


Atkinson Clinic, SC
100 North Atkinson Road
#207
Grayslake, IL 60030


B&F Coffee Service
3535 Commercial Ave
Northbrook, IL 60062-1884


Banc of America Leasing
Lease Admin Center, PO Box 371992
Pittsburg, PA 15250-7992


Bank One
PO Box 15153, Cardmember Service
Wilmington, DE 19886-5153


Barrington Place, LLC
18-2 E. Dundee Road, Ste. 105
Barrington, IL 60010


Benefit Planners
PO Box 690450
San Antonio, TX 78269-0450


Best Software, Inc.
Attn:  Client Care Dept.
P.O. Box 849887
Dallas, TX 75284-9887


Blue Cross Blue Shield of IL
2329 S. MacArthur Blvd.
Reimbursement Unit
Springfield, IL 62704-4503

Blue Cross Blue Shield of IL
P.O. Box 1364
Chicago, IL 60690-9937

Blue Cross Blue Shield of Illinois
300 E Randolph St, PO Box 1364
Chicago, IL 60601-5099

Bonnie Bremer MD
6805 Fox Run
Cyrstal Lake, IL 60012

Caldwell, Berner & Caldwell
Attn: Sandra Kerrick
100-1/2 Cass St.
Woodstock, IL 60098

Caligor Great Lakes
P.O. Box 382023
Pittsburgh, PA 15250-8023

Canon Fire Protection Co
950 N Rand Rd #208
Wauconda, IL 60084

Cardinal Health
PO Box 7060, Nuclear Pharm Svcs
Chicago, IL 60673-0609

Cardiovascular Associates, SC
Attn: Cathleen Biga
900 S. Frontage Rd., #325
Woodridge, IL 60517

Cedar Boulevard Lease Funding, LLC
22 South Main St #1
Topsfield, MA 01983

Cedar Boulevard Lease Funding, LLC
Attn: John Vande Moore
722 Lathrop Ave

Chicago Medical Society
PO Box 10307
Chicago, IL 60610

Cigna
PO Box 5200
Scranton, PA 18505-5200


Cimco Communications, Inc.
1901 S. Meyers Road #700
Oakbrook Terrace, IL 60181


Cimco Communications, Inc.
P.O. Box 95900
Chicago, IL 60694


CIT Equipment Finance
1540 Fountainhead Pkwy
Tempe, AZ 85282


Citicorp Vendor Finance, Inc
Attn: Dean Broussar
Box 0371, 1615 Brett Road
New Castle, DE 19720-2425


Citicorp Vendor Finance, Inc.
P.O. Box 7247-0371
P.O. Box 0371, 1615 Brett Road
Philadelphia, PA 19170-0371


CJC Enterprises
371 Whitehall Ln
Algonquin, IL 60102


Com Ed
Bill Payment Center
Chicago, IL 60668-0001


Comcast Cable
PO Box 3001
Southeastern, PA 19398-3001


CompuRay Medical Staffing, Inc.
201 E. Army Trail Rd. #305
Bloomingdale, IL 60108


Coverall North America, Inc.
P.O. Box 802825
Chicago, IL 60680-2825

Cytogen
PO Box 828088
Philidelphia, PA 19182


Data Distributing
107 Dakota St
Santa Cruz, CA 95060


Datascope Corporation
PO Box 34374
Newark, NJ 07189-4374


Dell Businsess Credit
PO Box 5275, Pymt Processing Ctr
Carol Stream, IL 60197-5275


Dell Financial Services
PO Box 9020, Dept.57-0014722797
Des Moines, IA 50368-9020


Dell Financial Services Acceptance
PO Box 5292
Carol Stream, IL 60197-5292


Delta Medical Systems
W239 N2890 Pewaukee Rd
Pewaukee, WI 53072


DiMonte & Lizak, LLC
Attn: Ricardo DiMonte
215 W. Higgins Road
Park Ridge, IL 60068


Dish Network
Department 063
Palatine, IL 60055-0063


Eastern Isotopes, Inc.
Attn: Mike Parisi
801 Forestwood Drive
Romeoville, IL 60446


Eastern Isotopes, Inc.
P.O. Box 1096
Ashburn, VA 20146

Elsevier
PO Box 628239
Orlando, FL 32862-8239


Expert Professional Services
1648 Canterbury Road
Westlake, OH 44145


Fda-Mqsa Program
PO Box 277055
Atlanta, GA 30384-7055


Fox River Grove Ltd. Partners
P.O. Box 33
Fox River Grove, IL 60021


Fox Valley Internal Medicine
650 Dakota Street
Crystal Lake, IL 60012


Franklin & Siedelman
178 E. Washington St., #103
Chagrin Falls, OH 44022


Franklin Business Systems Inc
PO Box 271810
Tampa, FL 33688


Fuji Medical Systems USA
P.O. Box 26056
New York, NY 10087-6056


GE Healthcare
945 N. Edgewood Ave., #A-1
Wood Dale, IL 60191


GE Healthcare
P.O. Box 640200
Pittsburgh, PA 15264


George W Urban MD
122 Boulder Drive
Lake in the Hills, IL 60156

Great West
St Louis Claims 226
1000 Great West Drive
Kennett, MO 63857-3749


Harris Bank Cary Grove
122 W. Main St.
Cary, IL 60013


Harris Trust and Savings Bank
111 W Monroe St.
Attn. Gary Nowak
Chicago, IL 60690-0755


Hartford Financial Services
Dept 5454, PO Box 30000
Hartford, CT 06150-5454


Hinckley Springs
PO Box 660579
Dallas, TX 75266-0579


Hitachi Medical Systems America
1959 Summit Commerce Park
Twinsburg, OH 44087


Hitachi Medical Systems America
P.O. Box 74228
Columbus, OH 43271-4228


Hospira Worldwide, Inc.
75 Remittance Dr., #6136
Chicago, IL 60675-6136


HPL&S
125 S. Wilke Road, #300
Arlington Heights, IL 60005-1584


HPSC, Inc
60 State Street, 35th floor
Boston, MA 02109-1823


Humana
1100 Employers Blvd
Green Bay, WI 54344

Humana
PO Box 14601
Lexington, KY 40512


I Know Tek, Inc.
1892 Techny
Northbrook, IL 60062


IL Emergency Management
1035 Outer Park Drive
Springfield, IL 62704


Illinois Department of Nuclear Safety
1035 Outer Park Drive
Springfield, IL 62704-4462


Illinois Department of Revenue
PO Box 19447
Springfield, IL 62794-9447


Ingenix Inc
PO Box 27116
Salt Lake City, UT 84127-0116


Innovation First Inc
6611 Interstate Hwy 30 W
Greenville, TX 75402


Integrated Medical Solutions
2316 Windsor Road, Attn Stan Grice
Alexandria, VA 22307


IRS
PO Box 3737
Ogden, UT 84409


ISMIE Mutual Insurance Company
P.O. Box 4858
Chicago, IL 60680


Jeff Tomlin
608 Concord Trail
Crystal Lake, IL 60012

Jefferson Pilot Financial Insurance
P.O. Box 0821
Carol Stream, IL 60132-0821


Kamensky & Rubinstein
7250 N Cicero Ave, Suite 2000
Lincolnwwod, IL 60712-1693


Kee Business Systems
1400 Landmeier Rd
Elk Grove Village, IL 60007


Kevin Cassidy
18-2 E. Dundee Road, #100
Barrington, IL 60010


Landauer
2 Science Rd
Glenwood, IL 60425-1586


Law Offices of Richard L. Swedberg
Attn: Richard Swedberg
111 W. Washington St., #1860
Chicago, IL 60602-2764


MagnaServ, Inc.
Attn: Len Spooner
2862 SE Monroe St.
Stuart, FL 34997


Mallinckrodt, Inc.
P.O. Box 73192
Chicago, IL 60673-7192


McCloud
2500 W Higgins Rd
Hoffman Estates, IL 60195-5220


McHenryCom Company, Inc.
720 Industrial Dr. #121
Cary, IL 60013


McKesson
601 E. Corporate Drive
Lewisville, TX 75057

McKesson
PO Box  841838
Dallas, TX 75284-1838


Medical Business Consultants
3400 W. Dundee Road, #200
Northbrook, IL 60062-2397


Medical Manager Network Services
12644 Collections Center Drive
Chicago, IL 60693-0126


MedRad
P.O. Box 360172
Pittsburgh, PA 15251-6172


Mega Copies Corporation
Po Box 59
Island Lake, IL 60042-0059


Metlife Small Business Center
P.O. Box 804466
Kansas City, MO 64180-4466


Metro Self Storage
737 S Rand Road
Lake Zurich, IL 60047


Midwest Design Group
454 W Virginia Street, Suite 300
Crystal Lake, IL 60014


Midwest Mechanical Group
540 Executive Drive
Willowbrook, IL 60527


Midwest Radiation Protection
800 W. 15th Ave., #103D
Naperville, IL 60563-2917


Morgan Services
4301 S Morgan St
Chicago, IL 60609

NaCamA Corp
178 Geneva Ave
Elmhurst, IL 60126


Newark Mechanical Inc
PO Box 211
Sheridan, IL 60551


Nicor
PO Box 416
Aurora, IL 60568


Office Depot
P.O. Box 633211
Cincinnati, OH 45263


Paddock Publications Inc
PO Box 6236
Carol Stream, IL 60197


Padock Publications
PO Box 1400
Arlinton Heights, IL 60006


Paul Bas
134 South Standish
Schaumburg, IL 60193


PBCC
PO Box 856460
Louisville, KY 40285


Phillips Medical Capital
Ref PH001063, PO Box  951307
Cleveland, OH 44193


Phillips Medical Capital
Ref PH001015, PO Box  951307
Cleveland, OH 44193


Phillips Medical Financial Systems
1111 Old Eagle School Road
P.O. Box 6608
Wayne, PA 19087-8608

Phillips Medical Systems
22100 Bothell Everett Highway
Bothell, WA 98021-8431


Phillips Medical Systems
Attn: Dave Radjewski
Two Park Center, #150
Schaumburg, IL 60192


Phillips Medical Systems NA
PO Box 100355
Atlanta, GA 30384


Phillips Medical Systems NA, Co.
Attn: Dave Radjewski
2 Park Center #150
Schaumburg, IL 60192


Phillips Medical Systems NA, Co.
P.O. Box 847182
Dallas, TX 75284-7182


Pitney Bowes
PO Box 856390
Louisville, KY 40285


Pitney Bowes
PO Box 856042
Louisville, KY 40285


Poplar Leasing
Westwood Business Park Dr.
Ballwin, MO 63021


Popular Leasing
Lockbox 771922, 1922 Solutions Ctr
Chicago, IL 60677


Primax Recoveries, Inc.
P.O. Box 4003
Schaumburg, IL 60168


Prudential
PO Box 856166
Louisville, KY 40285

Quentin Road Partners, LLC
c/o GK Development, Inc.
303 E. Main St., #201
Barrington, IL 60010


R H Donnelley
1615 Bluff City Hwy
Customer Care
Bristol, TN 37620


R2 Technology, Inc.
1195 West Fremont Avenue
Sunnyvale, CA 94087


Retek Investors, LLC
1610 Castelbar Lane
McHenry, IL 60050


RH Donnelly
P.O. Box 807008
Kansas City, MO 64180


RH Donnelly
P.O. Box 807008
Kansas City, MO 64180


RPS Imaging
1815 Washington St.
Michigan City, IN 46360


SBC
Bill Payment Center
Saginaw, MI 48663


Schenk, Annes, Brookman & Tepper
Attn: Robert Tepper
31 S. Wacker Dr. #5125
Chicago, IL 60606


Source One Healthcare Tech
P.O. Box 403209
Atlanta, GA 30384-3209

SourceOne Healthcare
PO Box 730386
Dallas, TX 75373-0386


Steinmed
c/o Ty Stein, 8211 Castleberry
Woodstock, IL 60098


Stericycle
PO Box 9001588
Louisville, KY 40290


Stokes & Ivers
100 S. Walnut St
Itasca, IL 60143


Swedberg Law Office
111 West Washington St
Chicago, IL 60602


Tech Depot
PO Box 33074
Hartford, CT 06150-3074


The CIT Group
File # 55603
Los Angeles, CA 90074


The Clear Alternative
PO Box 301
Winfield, IL 60190


The Crose Company
28835 N. Herky Drive Unit # 120
Lake Bluff, IL 60044


The Hartford
PO Box 2907
Hartford, CT 06104-2907


The St. John Companies
PO Box 51263
Los Angeles, CA 90051

Thomas C. Seiwert
8700 Bryn Mawr Ave
#800 South
Chicago, IL 60631


Time Business Systems, Inc
1413 Jeffrey Drive
Addison, IL 60101


Time Insurance Company
Attn. Premium Services
501 W. Michigan
Milwaukee, WI 53203


Time Insurance Company
P.O. Box 2923
Milwaukee, WI 53201-2923


Tri-County Women's Paper
10125 N River Road
Barrington Hills, IL 60102


United State Treasury
PO Box 105050
Atlanta, GA 30348


UPS
P.O. Box 577
Carol Stream, IL 60132


Verizon North
PO Box 920041
Dallas, TX 75392


Verizon Wireless
PO Box 25506
Lehigh Valley, PA 18002


Verizon Wireless
PO Box 790406
St. Louis, MO 63179


Village Square Retail Center
745 Ela Road
Lake Zurich, IL 60047

VIP Services
McHenry, IL


Vogue Printers, Inc
PO Box 7170 Dept 42
Libertyville, IL 60048


W B McCloud
2500 W Higgins Rd, 850 NW Corp Cntr
Hoffman Estates, IL 60195


Waste Management
PO Box 9001054
Louisville, KY 40290


Wed MD Practice Services
4627 Collections Center Dr.
Chicago, IL 60693-0046


World Cleaning Services
281 Shore Drive Unit C
Burr Ridge, IL 60527


X-Ray Cassette Repair CO
6107 W. Lou Ave
Crystal Lake, IL 60014


Yellow Book of Illinois Llc
PO Box 586
Newark, NJ 07101-0586


Your Private Limousine
3415 N Kennicott
Arlington Heights, IL 60004