# UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | Case No. 05-55604 |
| DIAGNOSTIC IMAGING SERVICES, | ) | |
| INC. d/b/a HIGH TECH MEDICAL | ) | The Honorable Susan Pierson Sonderby |
| IMAGING | ) | |
| | ) | Hearing Date: November 21, 2005 |
| Debtor. | ) | Hearing Time: 2:00 p.m. |

## NOTICE OF FILING

TO:   See Attached Service List

Please take notice that on the 18th day of November, 2005, we filed with the Clerk of the United States Bankruptcy Court for the Northern District of Illinois, Eastern Division, the **Debtor's Response To Objection of Advanced Imaging Center of Northern Illinois Limited Partnership to the Debtor's Notice of Hearing on Final Order Granting Use of Cash Collateral**, a copy of which is attached hereto.

**DIAGNOSTIC IMAGING SERVICES, INC.**

/s/ Christopher M. Cahill
One of Its Attorneys

RICHARD M. BENDIX, JR. (#0168130)
CHRISTOPHER M. CAHILL (#6257370)
SCHWARTZ, COOPER, GREENBERGER
   & KRAUSS, CHARTERED
180 North LaSalle Street, Suite 2700
Chicago, Illinois 60601
Telephone: (312) 346-1300
Facsimile: (312) 782-8416

## CERTIFICATION OF SERVICE

I, Christopher M. Cahill, an attorney, declare that I caused the attached pleading to be served upon all entities on the attached Service List by Facsimile or United States mail, as indicated thereon, on this 18th day of November, 2005.

/s/ Christopher M. Cahill

337366.1 051533-36761

DIAGNOSTIC IMAGING SERVICES, INC.

## SERVICE LIST

John Vande Moore
Cedar Boulevard Lease Funding, LLC
P.O. Box 5075
River Forest, Illinois 60305
VIA FACSIMILE

Stephen G. Wolfe
Office of the U.S. Trustee
227 W. Monroe Street, Suite 3350
Chicago, Illinois 60606
VIA FACSIMILE

Frank Cirone
Managing Partner
Cedar Boulevard Lease Funding, LLC
833 N. Forrest Avenue
Arlington Heights, Illinois 60004
VIA FACSIMILE

Howard L. Adelman
Adam P. Silverman
Adelman & Gettleman, Ltd.
53 West Jackson Boulevard, Suite 1050
Chicago, Illinois 60604
VIA FACSIMILE

Karen R. Goodman
Shefsky & Froelich Ltd.
111 East Wacker Drive, Suite 2500
Chicago, Illinois 60611
VIA FACSIMILE

Advocate Health Care
2025 Windsor Drive
Oak Brook, Illinois 60523
Attn: General Counsel
VIA FACSIMILE

Nicholas J. Etten
John S. Delnero
Adam R. Schaeffer
Bell Boyd & Lloyd, LLC
Three First National Plaza
70 W. Madison Street, Suite 3100
Chicago, Illinois 60602
VIA FACSIMILE

Barry A. Chatz
Miriam R. Stein
Joy e. Levy
Arnstein & Lehr LLP
120 S. Riverside Plaza
Chicago, Illinois 60606
Phone: (312) 876-7100
Fax: (312) 876-0288

U.S. Bank Trust N.A.
As Custodian or Trustee
180 E. Fifth Street
St. Paul, Minnesota 55101

The CIT Group/Equipment Financing, Inc.
Attention: Nikki Lopez
P.O. Box 27248
Tempe, Arizona 85285-7248

Cedar Boulevard Lease Funding LLC, Inc.
Attention: Heather Holmgren
1310 Madrid Street
Suite 103
Marshall, Minnesota 56258

Newcourt Financial USA Inc.
997 Lenox Drive
Suite 112
Lawrenceville, New Jersey 08648

Cedar Boulevard Lease Funding LLC
a Delaware LLC
22 South Main Street, Suite One
Topsfield, Massachusetts 01983

Harris Bank Cary-Grove
122 West Main Street
Cary, Illinois 60013

337399.1 051533-36761

Diagnostic Imaging Services, Inc.
Service List (cont'd)
Page 2

Partners Equity Capital Company LLC
655 Business Center Drive
Horsham, Pennsylvania 19044

Picker Financial Group, L.L.C.
595 Miner Road
Highland Heights, Ohio 44143

SierraCities.com
600 Travis Street
Suite 1400
Houston, Texas 77002

Acuson Corporation
450 B. Street
Suite 1500
San Diego, California 92101

DVI Financial Services, Inc.
2500 York Road
Jamison, Pennsylvania 18929

Good Shepherd Hospital - Advocate
450 West Highway 22
Barrington, Illinois 60010-1999
Attn: Chief Executive

Advocate Health Care
2025 Windsor Drive
Oak Brook, Illinois 60523
Attn: General Counsel

Partners Equity Capital
Attn: Walter Hursh
655 Business Center Drive
Suite 250
Horsham, Pennsylvania 19044

Eastern Isotopes, Inc.
Attn: Mike Parisj
801 Forestwood Drive
Romeoville, Illinois 60446

HPSC, Inc.
60 State Street
35th Floor
Boston, Massachusetts 02109

Harris Bank/BLST
Attention: Collateral Management
111 West Monroe Street
Chicago, Illinois 60690-0755

Amy J. Inlander
Shefsky & Froelich Ltd.
111 East Wacker Drive
Suite 2800
Chicago, Illinois 60601

The CIT Group/Equipment Financing, Inc.
997 Lenox Drive
Suite 112
Lawrenceville, New Jersey 08648

Popular Leasing U.S.A., Inc.
16280 Westwood Business
Ellisville, Missouri 63201

DVI Financial Services, Inc.
500 Hyde Park
Doylestown, Pennsylvania 18901

Cedar Boulevard Lease Funding, LLC
22 South Main Street, #1
Topsfield, Massachusetts 01983

DiMonte & Lizak, LLC
Attn: Ricardo DiMonte
215 W. Higgins Road
Park Ridge, Illinois 60068

Phillips Medical Systems
22100 Bothell Everett Highway
Bothell, WA 98021-8431

337399.1 051533-36761

Diagnostic Imaging Services, Inc.
Service List (cont'd)
Page 3

Hospira Worldwide, Inc.
75 Remittance Drive, #6136
Chicago, Illinois 60675-6136

Howard L. Adelman
Adam P. Silverman
Adelman & Gettleman, Ltd.
53 West Jackson Boulevard
Suite 1050
Chicago, Illinois 60604

David M. Jenkins
Barone & Jenkins, P.C.
721 Enterprise Drive, Suite 200
Oak Brook, Illinois 60523

Quentin Road Partners, LLC
c/o GK Development, Inc.
303 E. Main Street, Suite 201
Barrington, Illinois 60010

Citicorp Vendor Finance, Inc.
Attn: Dean Broussard
Box 0371, 1615 Brett Road
New Castle, Delaware 19720-2425

Kevin Cassidy
18-2 Dundee Road, #100
Barrington, Illinois 60010

Poplar Leasing
Lockbox 771922
1922 Solutions Center
Chicago, Illinois 60677

Source One Healthcare Tech
P.O. Box 403209
Atlanta, Georgia 30384-3209

Caldwell, Berner & Caldwell
Attn: Sandra Kerrick
100 1/2 Cass Street
Woodstock, IL 60098

McKesson
601 E. Corporate Drive
Lewisville, Texas 75057

Law Offices of Richard L Swedberg
Attn Richard Swedberg
111 W Washington Street, #1860
Chicago, IL 60602-2764

Time Insurance Company
Attn Premium Services
501 W Michigan
Milwaukee, WI 53203

GE Healthcare
945 N Edgewood Ave #A-1
Wooddale, IL 60119

Robert D. Tepper
Schenk Annes Brookman & Tepper Ltd
311 S Wacker Drive, Suite 5125
Chicago IL 60606

Cardiovascular Associates SC
Attn Cathleen Biga
900 S Frontage Road, #325
Woodridge, IL 60517

Thomas C. Seiwert
8700 W Bryn Mawr Ave, # 800 South
Chicago, IL 60631

Hitachi Medical Systems America
1959 Summit Commerce Park
Twinsburg, OH 44087

Cambridge Bank
1100 South Rand Road
Lake Zurich, Illinois 60047

337399.1 051533-36761

Diagnostic Imaging Services, Inc.
Service List (cont'd)
Page 4

Amcore Bank
225 West Jackson Street
Woodstock, Illinois 60098

Honorable Maureen P. McIntyre
Judge Circuit Court -- 19th Judicial Circuit
McHenry County Courthouse
2200 N. Seminary Avenue
Woodstock, Illinois 60098

Gary Nowak
Harris Bank
Mail Code 12W
111 W Monroe Street
Chicago, IL 60603

CompuRay Medical Staffing, Inc.
201 E. Army Trail Road, #305
Bloomingdale, Illinois 60108

Banc of America Leasing
Lease Administration Center
P.O. Box 371992
Pittsburg, Pennsylvania 15250-7992

Richard A. Wohlleber
Chapman & Cutler LLP
111 W. Monroe Street
15th Floor
Chicago, Illinois 60603-4080

337399.1 051533-36761