## UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| DIAGNOSTIC IMAGING SERVICES, INC. d/b/a HIGH TECH MEDICAL IMAGING | ) ) ) | Case No. 05-55604 |
| | ) | |
| | ) | The Honorable Susan Pierson Sonderby |
| Debtor. | ) | |

### ORDER AUTHORIZING DEBTOR TO EMPLOY AND RETAIN
### OSTROW, REISEN, BERK & ABRAMS, LTD. AS VALUATION EXPERT

This matter having come before the Court on the Debtor's Application for an Order authorizing the Debtor to employ and retain Ostrow, Reisen, Berk & Abrams, Ltd. ("ORBA") as its valuation expert (the "Application")[1]; and upon the Affidavit of Jeffrey C. Newman in support thereof (the "Newman Affidavit"); and the Court being satisfied with the representations made in the Application and the Newman Affidavit that said ORBA and the members of its firm represent no interest adverse to the Debtor's estate, that they are disinterested persons as that term is defined under section 101(14) of the Bankruptcy Code, and that their employment is necessary and is in the best interests of the Debtor, its creditors, its estate, and other parties in interest; and it appearing that proper and adequate notice has been given and that no other or further notice is necessary for the entry of this Order; and upon the record herein, after due deliberation thereon, and good and sufficient cause appearing therefor, IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

1.    Pursuant to section 327(a) of the Bankruptcy Code, the Debtor, as a debtor-in-possession, is authorized to employ and retain ORBA to perform a valuation of the Debtor's business and to provide expert testimony regarding such valuation in connection with the hearing

---

[1]    All capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Application.

330055.4 051416-36324



EXHIBIT
2

05-55604:173.1:Motion to Authorize:Proposed Order Entered: 5/26/2006 3:10:19 PM by:Christopher Cahill Page 2 of 2

on confirmation of the Debtor's Plan of Reorganization Dated May 12, 2006, as the same may be
modified or amended from time to time.

2.      The Application and the entry of this Order constitute a core proceeding pursuant
to 28 U.S.C. § 157, and this Order is a final order as those terms are used in 28 U.S.C. §§ 157
and 158.

Dated: May 2, 2006

UNITED STATES BANKRUPTCY JUDGE

330055.4 051416-36324                           2