# THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| In re: ) | |
| ) | Case No. 05 55604 |
| Diagnostic Imaging Services, Inc. d/b/a/ ) | |
| High Tech Medical Imaging, ) | Chapter 11 |
| ) | |
| ) | Honorable Susan Pierson Sonderby |
| ) | |
| ) | Hearing Date: September 30, 2008 |
| ) | |
| ) | Hearing Time: 10:30 a.m. |

## MOTION TO CLOSE CHAPTER 11 CASE

Diagnostic Imaging Services, Inc. d/b/a High Tech Medical Imaging ("DIS"), Reorganized Debtor, moves this court to close the Chapter 11 case. In support of this motion DIS states:

1. On or about November 28, 2006, this court entered an order confirming Debtor's Amended Plan of Reorganization ("Plan") dated November 15, 2006.

2. Since that time, DIS has been operating under the terms of the Plan. For several months, it continued to operate its business as an imaging company. Then, it reached the conclusion that such business could no longer be operated profitably, and it has been winding down its business ever since.

3. While attending to its business in the way described above, DIS has been making the payments required of it under the Plan. Specifically, it has made all payments required under the Plan for Unclassified Claims; Class 1 (priority claims); Class 2 (secured claim of Cedar); Class 3 (secured claim of Harris); and Class 4 (HSPC secured claim). Under the Plan, it is

required to make one more payment to Class 5 (Partners Equity secured claim), and to Class 6 (general unsecured claims), to the extent that funds are available.

4. Also, pursuant to the Plan, DIS identified and prosecuted certain avoidance actions in this Court, all of which have been concluded.

5. DIS intends to complete its liquidation of its assets and payments to creditors as provided by the Plan within the next several weeks.

WHEREFORE, DIS prays this Court for an order closing this Chapter 11 case, and for all other relief as the Court deems appropriate.

> **DIAGNOSTIC IMAGING SERVICES, INC.
> D/B/A/ HIGH TECH MEDICAL IMAGING,**
>
> By:  /s/ Robert D. Nachman
>       One of its attorneys

Robert D. Nachman (# 6185804)
Richard M. Bendix (#0168130)
Morgan M. Smith (# 6287435)
DYKEMA GOSSETT PLLC
10 South Wacker Drive - Suite 2300
Chicago, Illinois 60606