# THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re: ) | |
| ) | Case No. 05 55604 |
| Diagnostic Imaging Services, Inc. d/b/a/ ) | |
| High Tech Medical Imaging, ) | Chapter 11 |
| ) | |
| Debtor. ) | Honorable Susan Pierson Sonderby |
| ) | |
| ) | Hearing Date:  September 30, 2008 |
| ) | Hearing Time:  10:30 a.m. |
| ) | |

## NOTICE OF MOTION

TO:   **Attached Service List**

PLEASE TAKE NOTICE THAT on September 30, 2008 at 10:30 a.m. we shall appear before the Honorable Susan Pierson Sonderby, Room 642, Dirksen Federal Courthouse, 219 South Dearborn Street, Chicago, Illinois 60604, or any judge sitting in her stead, and present the Debtor's **Motion to Close Chapter 11 Case** (the "**Motion**"), a copy of which is attached hereto and hereby served upon you, at which time and place you may appear if you see fit.

Respectfully submitted,

/s/  Robert D. Nachman
ROBERT D. NACHMAN (#06185844)
RICHARD M. BENDIX (#0168130)
MORGAN M. SMITH (#6287435)
DYKEMA GOSSETT PLLC
10 South Wacker Drive - Suite 2300
Chicago, Illinois 60606

CHICAGO\2524687.1
ID\RDN

## CERTIFICATE OF SERVICE

I certify that on September 23, 2008, a copy of the within instrument was served on (1) all parties that have filed an electronic appearance in this proceeding, via the Court's CM/ECF system and (2) the parties on the attached Service List by first class mail postage prepaid. Parties may access the within instrument through the Court's CM/ECF system.

The following parties by regular U.S. mail, postage prepaid on September 23, 2008:

| | | |
|---|---|---|
| Abdul Kahn MD<br>990 Grand Canyon Parkway, #218<br>Schaumburg, IL 60194 | Accent<br>7171 Mercy Road, #250<br>Omaha, NE 68106-5006 | Accent Insurance Recovery Solutions<br>P.O. Box 952366<br>Saint Louis, MO 63195 |
| Advanced Imaging Center LP<br>c/o Bell Boyd & Lloyd, Three First<br>70 West Madison St., Suite 3300<br>Chicago, IL 60602 | Advocate Health & Hospitals Corp<br>2025 Windsor Drive<br>Oak Brook, Illinois 60523 | Aetna<br>3500 E. Coliseum<br>Fort Wayne, IN 46805-1667 |
| Aetna<br>P.O. Box 1125<br>Blue Bell, PA 19422 | Aetna<br>7400 West Campus Rd<br>New Albany, OH 43054 | Aetna<br>P.O. Box 3914<br>Allentown, PA 18106-0914 |
| Aflac<br>1932 Wynnton Rd.<br>Columbus, GA 31999-0797 | American Medical Security<br>P.O. Box 4198<br>Carol Stream, IL 60197 | Anil Khemani<br>3703 Doty Road<br>Woodstock, IL 60098 |
| Astella Pharma US, Inc.<br>88217 Expedite Way<br>Chicago, IL 60695-0001 | Atkinson Clinic, SC<br>100 North Atkinson Road, #207<br>Grayslake, IL 60030 | B&F Coffee Service<br>3535 Commercial Ave<br>Northbrook, IL 60062-1884<br>Attn: Angie Ruben |
| Bank One<br>P.O. Box 15153<br>Card Member Service<br>Wilmington, DE 19886-5153 | Barrington Place, LLC<br>18-2 E. Dundee Road, Ste. 105<br>Barrington, IL 60010 | Baxa Corporation<br>P.O. Box 5721 TA<br>San Antonio, TX 78269-0450 |
| Benefit Planners<br>P.O. Box 690450<br>San Antonio, TX 78269-0450 | Best Software, Inc.<br>Attn: Client Care Dept.<br>P.O. Box 849887<br>Dallas, TX 75284-9887 | Blue Cross Blue Shield of IL<br>2329 S. MacArthur Blvd.<br>Reimbursement Unit<br>Springfield, IL 62704-4503 |
| Blue Cross Blue Shield of IL<br>P.O. Box 1364<br>Chicago, IL 60690-9937 | Blue Cross Blue Shield of Illinois<br>300 E Randolph St.<br>P.O. Box 1364<br>Chicago, IL 60601-5099 | Bonnie Bremer MD<br>6805 Fox Run<br>Crystal Lake, IL 60012 |

Caldwell, Berner & Caldwell
Attn: Sandra Kerrick
100-1/2 Cass St.
Woodstock, IL 60098

Caligor Great Lakes
P.O. Box 382023
Pittsburgh, PA 15250-8023

Canon Fire Protection Co
950 N Rand Rd #208
Wauconda, IL 60084

Cardinal Health
P.O. Box 7060
Nuclear Pharm Svcs
Chicago, IL 60673-0609

Cardiovascular Associates, SC
Attn: Cathleen Biga
900 S. Frontage Rd., #325
Woodridge, IL 60517

Cedar Boulevard Lease Funding, LLC
Attn: John Vande Moore
P.O. Box 5075
River Forest, IL 60305

Chicago Medical Society
P.O. Box 10307
Chicago, IL 60610

Cigna
P.O. Box 5200
Scranton, PA 18505-5200

Cimco Communications, Inc.
1901 S. Meyers Road, #700
Oakbrook Terrace, IL 60181

CIT Equipment Finance
1540 Fountainhead Pkwy
Tempe, AZ 85282

Citicorp Vendor Finance, Inc
Attn: Dean Broussar
Box 0371, 1615 Brett Road
New Castle, DE 19720-2425

Com Ed
Bill Payment Center
Chicago, IL 60668-0001

Comcast Cable
P.O. Box 3001
Southeastern, PA 19398-3001

CompuRay Medical Staffing, Inc.
c/o Douglas Bacon Latham Watkins
Sears Tower
233 S. Wacker Drive - Suite 5800
Chicago, Illinois 60606

Coverall North America, Inc.
P.O. Box 802825
Chicago, IL 60680-2825

Data Distributing
107 Dakota St
Santa Cruz, CA 95060

Datascope Corporation
Attn: Ron Doyle
14 Philips Parkway
Montvale, NJ 07645

Dell Business Credit
P.O. Box 5275,
Payment Processing Center
Carol Stream, IL 60197-5275

Dell Financial Services
P.O. Box 9020
Dept. 57-0014722797
Des Moines, IA 50368-9020

Dell Financial Services Acceptance
P.O. Box 5292
Carol Stream, IL 60197-5292

DiMonte & Lizak, LLC
Attn: Ricardo DiMonte
215 W. Higgins Road
Park Ridge, IL 60068

Eastern Isotopes, Inc.
Attn: Mike Parisi
801 Forestwood Drive
Romeoville, IL 60446

Elsevier
P.O. Box 628239
Orlando, FL 32862-8239

Expert Professional Services
1648 Canterbury Road
Westlake, OH 44145

Fortis Health
P.O. Box 2923
Milwaukee, WI  53201

Fox River Grove Ltd. Partners
P.O. Box 33
Fox River Grove, IL 60021

Fox Valley Internal Medicine
Attn:  Joy Till
650 Dakota Street
Crystal Lake, IL 60012

| | | |
|---|---|---|
| Franklin & Siedelman<br>178 E. Washington St., #103<br>Chagrin Falls, OH 44022 | Franklin Business Systems Inc<br>P.O. Box 271810<br>Tampa, FL 33688 | Fuji Medical Systems USA<br>P.O. Box 26056<br>New York, NY 10087-6056 |
| GE Healthcare<br>945 N. Edgewood Ave., #A-1<br>Wood Dale, IL 60191 | GE Healthcare<br>P.O. Box 640200<br>Pittsburgh, PA 15264 | George W Urban MD<br>122 Boulder Drive<br>Lake in the Hills, IL 60156 |
| Great West<br>St. Louis Claims 226<br>1000 Great West Drive<br>Kennett, MO 63857-3749 | Harris Trust and Savings Bank<br>c/o Gary Nowak<br>111 W Monroe St.<br>Chicago, IL 60690-0755 | Hinckley Springs<br>P.O. Box 660579<br>Dallas, TX 75266-0579 |
| itachi Medical Systems America<br>1959 Summit Commerce Park<br>Twinsburg, OH 44087 | Hospira Worldwide, Inc.<br>75 Remittance Dr., #6136<br>Chicago, IL 60675-6136 | HPL&S<br>125 S. Wilke Road, #300<br>Arlington Heights, IL 60005-1584 |
| HPSC, Inc<br>60 State Street, 35th Floor<br>Boston, MA 02109-1823 | Humana<br>1100 Employers Blvd<br>Green Bay, WI 54344 | Humana<br>P.O. Box 14 601<br>Lexington, KY 40512 |
| I Know Tek, Inc.<br>1892 Techny<br>Northbrook, IL 60062 | Innovation First Inc.<br>6611 Interstate Hwy 30 W<br>Greenville, TX 75402 | Mr. Kevin Cassidy<br>765 Ela Road -Suite 305<br>Lake Zurich, IL  60047 |
| Landauer<br>2 Science Road<br>Glenwood, IL 60425-1586 | Mr. Len Spooner<br>MagnaServ, Inc.<br>2862 SE Monroe St.<br>Stuart, FL 34997 | Mallinckrodt, Inc.<br>P.O. Box 73192<br>Chicago, IL 60673-7192 |
| Mallinkrodt, Inc.<br>Attn:  Contract Administrator<br>675 McDonnell Blvd.<br>Hazelwood, MO  63042 | McHenryCom Company, Inc.<br>c/o Douglas Bacon Latham Watkins<br>Sears Tower<br>233 S. Wacker Drive - Suite 5800<br>Chicago, Illinois 60606 | McKesson<br>601 E. Corporate Drive<br>Lewisville, TX 75057 |
| McKesson<br>P.O. Box 841838<br>Dallas, TX 75284-1838 | Medical Business Consultants<br>c/o Douglas Bacon Latham Watkins<br>Sears Tower<br>233 S. Wacker Drive - Suite 5800<br>Chicago, Illinois 60606 | Medical Manager Network Services<br>12644 Collections Center Drive<br>Chicago, IL 60693-0126 |

| | | |
|---|---|---|
| MedRad<br>P.O. Box 360172<br>Pittsburgh, PA 15251-6172 | Mega Copies Corporation<br>P.O. Box 59<br>Island Lake, IL 60042-0059 | Midwest Mechanical Group<br>540 Executive Drive<br>Willowbrook, IL 60527 |
| Midwest Radiation Protection<br>800 W. 15th Ave., #103D<br>Naperville, IL 60563-2917 | Morgan Services<br>c/o Douglas Bacon Latham Watkins<br>Sears Tower<br>233 S. Wacker Drive - Suite 5800<br>Chicago, Illinois 60606 | NaCamA Corp<br>178 Geneva Ave<br>Elmhurst, IL 60126 |
| Newark Mechanical Inc<br>P.O. Box 211<br>Sheridan, IL 60551 | Nicor<br>P.O. Box 416<br>Aurora, Illinois 60568 | Office Depot<br>P.O. Box 633211<br>Cincinnati, OH 45263 |
| Paddock Publications Inc<br>P.O. Box 6236<br>Carol Stream, IL 60197 | Padock Publications<br>P.O. Box 1400<br>Arlington Heights, IL 60006 | Mr. Walter Hursh<br>Partners Equity Capital<br>655 Business Center Dr., #250<br>Horsham, PA 19044 |
| Mr. Paul Bas<br>134 South Standish<br>Schaumburg, IL 60193 | Phillips Medical Financial Systems<br>1111 Old Eagle School Road<br>P.O. Box 6608<br>Wayne, PA 19087-8608 | Primax Recoveries, Inc.<br>P.O. Box 4003<br>Schaumburg, IL 60168 |
| Quentin Road Partners, LLC<br>c/o GK Development, Inc.<br>303 E. Main St., #201<br>Barrington, IL 60010 | R H Donnelley<br>1615 Bluff City Hwy<br>Customer Care<br>Bristol, TN 37620 | R2 Technology, Inc.<br>1195 West Fremont Avenue<br>Sunnyvale, CA 94087 |
| Radiological Society of North America, Inc.<br>820 Jorie Boulevard<br>Oak Brook, IL 60523-1860 | Retek Investors, LLC<br>1610 Castelbar Lane<br>McHenry, IL 60050 | RPS Imaging<br>1815 Washington St.<br>Michigan City, IN 46360 |
| SBC<br>Bill Payment Center<br>Saginaw, MI 48663 | Stokes & Ivers<br>100 S. Walnut Street<br>Itasca, IL 60143 | Tech Depot<br>P.O. Box 33074<br>Hartford, CT 06150-3074 |
| The Clear Alternative<br>P.O. Box 301<br>Winfield, IL 60190 | The Crose Company<br>28835 N. Herky Drive<br>Unit #120<br>Lake Bluff, IL 60044 | The St. John Companies<br>P.O. Box 51263<br>Los Angeles, CA 90051 |

| | | |
|---|---|---|
| Thomas C. Seiwert<br>8700 Bryn Mawr Ave., #800<br>South Chicago, IL 60631 | Time Business Systems, Inc<br>1413 Jeffrey Drive<br>Addison, IL 60101 | Tri-County Women's Paper<br>10125 N River Road<br>Barrington Hills, IL 60102 |
| UPS<br>P.O. Box 577<br>Carol Stream, IL 60132 | US Bank Corp<br>Healthcare Finance Services<br>1310 Madrid Street, Suite 104<br>Marshall, MN 56258-4002 | Verizon North<br>P.O. Box 920041<br>Dallas, TX 75392 |
| Verizon Wireless<br>777 Big Timber Road<br>Elgin, IL 60123 | Village Square Retail Center<br>745 Ela Road<br>Lake Zurich, IL 60047 | Vogue Printers, Inc<br>P.O. Box 7170 Dept 42<br>Libertyville, IL 60048 |
| Waste Management<br>P.O. Box 9001054<br>Louisville, KY 40290 | Web MD Practice Services<br>4902 Eisenhower Blvd.<br>Suite 300<br>Tampa, FL 33634 | World Cleaning Services<br>281 Shore Drive Unit C<br>Burr Ridge, IL 60527 |
| X-Ray Cassette Repair CO<br>6107 W. Lou Ave<br>Crystal Lake, IL 60014 | Yellow Book of Illinois LLC<br>P.O. Box 586<br>Newark, NJ 07101-0586 | Your Private Limousine<br>3415 N Kennicott<br>Arlington Heights, IL 60004 |
| Intellisoft Group, Inc.<br>1 Tara Blvd., Suite 301<br>Nashua, NH 03062<br>Attn: Chris | Banc of America Leasing & Capital<br>305 West Big Beaver<br>Suite 400<br>Troy, MI 48084 | Spirodon Gerolimatos, M.D.<br>c/o David M. Jenkins<br>Barone & Jenkins, P.C.<br>721 Enterprise Drive<br>Oak Brook, IL 60523 |
| Spirodon Gerolimatis M.D.<br>13 South Winstone Drive<br>North Barrington, IL 60010 | Spirodon Gerolimatos, M.D.<br>c/o David J. Sullivan<br>711 Fifth Avenue South - Suite 201<br>Naples, FL 34102-6628 | Agfa Corporation<br>P.O. Box 19048<br>Greenville, SC 29602-9048 |
| Alpine Family Physicians, SC<br>15 S Old Rand Road<br>Lake Zurich, IL 60047 | Berlex Laboratories<br>300 Fairfield Road<br>Wayne, NJ 07470-7358 | Fidelity Development Group, Inc.<br>745 Ela Road<br>Lake Zurich, IL 60047 |
| First Step Foot Care<br>385 West Liberty Street<br>Wauconda, IL 60084 | Fujisawa Healthcare, Inc.<br>3 Parkway North Center<br>Deerfield, IL 60015 | Integrated Medicine Associates<br>2316 Windsor Road<br>Alexandria, VA 22307 |

Internal Medicine Associates, SC
912 Northwest Highway – Suite 107
Fox River Grove, IL  60021

Orthopedic Surgery Specialists, Ltd.
4224 Commercial Way
Glenview, IL  60025

Popular Leasing
15933 Clayton Road
Suite 200
Ballwin, MO  63011

Citicorp Vendor Finance, Inc.
4650 Regent Boulevard - Suite 100
Irving, TX  75063

Karen R. Goodman
Shefsky & Froelich Ltd.
111 East Wacker Drive - Suite 2500
Chicago, Illinois  60611

Marian Johnson
4902 Kenneth Drive
Crystal Lake, IL  60014

Berlex Laboratories
300 Fairfield Road
Wayne, NJ  07470-7358

U.S. Bankcorp Business Equipment
Finance Group
1310 Madrid St., #100
Marshall, MN  56258

Franklin & Siedman
Attn:  Bill O'Neal
23625 Commerce Park - Suite 204
Beechwood, OH 44122

JAS Development LLC
745 Ela Road
Lake Zurich, IL  60047

Patrick Dicillo, MD
373 West Northwest Highway
Suite 314
Palatine, IL  60067

Alexander Gorodetsky, MD
67 Beach Road
Glencoe, IL  60022

GK Development, Inc.
303 East Main Street - Suite 201
Barrington, IL  60010

J. Douglas Bacon
Abizer Zanzi Latham & Watkins
233 South Wacker Drive
 Suite 5800
Chicago, Illinois  60606

Asim S Raza Raza & Associates
1521 Wildhorse Parkway
St Louis, MO 63005

Padmini Thakkar, MD
450 W Hwy 22
Suite 11
Barrington, IL  60010

Web MD Practice Service
4902 Eisenhower Blvd., #300
Tampa, FL  33634

Bonnie Brewer, MD
650 Dakota St., Suite A
Crystal Lake, IL  60012

Northwest Radiology Consultants
800 West Central Avenue
Arlington Heights, IL  60005

Stephen G. Wolfe
Office of the U.S. Trustee
227 W. Monroe Street, Suite 3350
Chicago, Illinois  60606

American Radiology Associates, SC
912 Northwest Highway - Suite 5
Fox River Grove, IL  60021

Frank Cirone, Managing Partner
Cedar Boulevard Lease Funding
833 N. Forrest Avenue
Arlington Heights, Illinois  60004

Howard L. Adelman
Adam P. Silverman Adelman &
Gettleman, Ltd.
53 West Jackson Bld., Suite 1050
Chicago, Illinois  60604

Baxa Corporation
14445 Grasslands Drive
Englewood CO  80112-7062

R H Donnelley
PO box 807008
Kansas City, MO  64180

SourceOne Healthcare Tech
SourceOne Healthcare
Technologies, formerly HC Products
8020 Tyler Blvd.
Mentor, OH 44060

Midwest Verizon Wireless
AFNI / Verizonne Wireless
404 Brock Drive
Bloomington, IL 61701

Waste Management – RMC
2421 W. Peoria Avenue, Suite 110
Phoenix, AZ 85029

Hospira Worldwide, Inc.
KOHNER, MANN & KAILAS
Washington Bldg / Baamabas Business Center / 4650 N port Washington Road
Milwaukee, WI 53212-1059

Poplar Leasing
15933 Clayton Road
Suite 200
Ballwin, MO 63011

De Lage Landen Financial Services
Philips Medical Financial Services
1111 Old Eagle School Road
Wayne, PA 19087

MagnaServ Enterprises, Inc.
c/o Joy E. Levy
ARNSTEIN & LEHR LLP
120 S. Riverside Plaza -Suite 1200
Chicago, IL 60606

Eastern Isotopes, Inc.
100 Executive Drive - Suite 100
Sterling, VA 20166

Mallinckrodt, Inc.
P.O. Box 5840
675 McDonnell Blvd.
St. Louis, MO 63134

Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 21126
Philadelphia, PA 19114

Spiridon Gerolimatos
Bell Boyd & Lloyd, LLC
c/o John Delnero
70 West Madison
Chicago, IL 60602

Bank of America Vendor Finance
450 B. Street - Suite 1600
San Diego, CA 92101

HPSC, Inc.
60 State Street - 35th Floor
Boston, MA 02109-1803

George E. Cassidy, MD
425 Dockside Drive - Suite 906
Naples, FL 34110

American Radiology Associates SC
18-2 E. Dundee Road - Suite 100
Barrington, IL 60010

Bruce Bell
910 Route 22
Fox River Grove, IL 60047

Citicorp Vendor Finance Inc.
P.O. Box 7247-0371
Philadelphia, PA 19170-0371

Dell Financial Services LP
P.O. Box 9020, Dept. 57
Des Moines, IA 50368-9020

Integrated Medical Solutions
2316 Windsor Road
Alexandria, VA 22307

John Baloki, MD
185 Heritage Drive, #3
Crystal Lake, IL 60014

Orthopaedic Surgery Specialists
4224 Commercial Way
Glenview, IL 60025

Phillips Medical Financial Services
c/o Jim Prendergent
1111 Old Eagle School Road
Wayne, PA 19087

Regency Medical Center
782 Euclid
Lake Zurich, IL 60047

Richard Ferolo, MD
27750 W. Hwy 22 - #G60
Barrington, IL 60010

Siemens Medical Solutions USA
51 Valley Stream Parkway
Malvern, PA 19355

CJC Enterprises
371 Whitehall Lane
Algonquin, IL 60102

Delta Medical Systems
W239 N2890 Pewaukee Road
Pewaukee, WI 53072

Devon Financial Services
6408 N. Western Avenue
Chicago, IL 60645

Dish Network
Department 063
Palatine, IL 60055-0063

Fda-Mqsa Program
P.O. Box 277055
Atlanta, GA 30384-7055

Hartford Financial Services
Dept. 5454, P. O. Box 30000
Hartford, CT 06150-5454

IL Emergency Management
1035 Outer Park Drive
Springfield, IL 62704

ISMIE Mutual Insurance Company
P. O. Box 4858
Chicago, IL 60680

Illinois Department of Revenue
P. O. Box 19447
Springfield, IL 62794-9447

Ingenix Inc.
P. O. Box 27116
Salt Lake City, UT 84127-0116

Jeff Tomlin
608 Concord Trail
Crystal Lake, IL 60012

Jefferson Pilot Financial Insurance
P. O. Box 0821
Carol Stream, IL 60132-0821

Kamensky & Rubinstein
7250 N. Cicero Avenue - Suite 2000
Lincolnwood, IL 60712-1693

Kee Business Systems
1400 Landmeier Road
Elk Grove Village, IL 60007

Metlife Small Business Center
P. O. Box 804466
Kansas City, MO 64180-4466

Metro Self Storage
737 S. Rand Road
Lake Zurich, IL 60047

Midwest Design Group
454 W. Virginia Street - Suite 300
Crystal Lake, IL 60014

PBCC
P. O. Box 856460
Louisville, KY 40285

Phillips Medical Capital
Ref PH001063
P. O. Box 951307
Cleveland, OH 44193

Phillips Medical Capital
Ref PH001015
P. O. Box 951307
Cleveland, OH 44193

Pitney Bowes
P. O. Box 856042
Louisville, KY 40285

Pitney Bowes
P. O. Box 856390
Louisville, KY 40285

Prudential
P. O. Box 856166
Louisville, KY 40285

Steimed
c/o Ty Stein
8211 Castleberry
Woodstock, IL 60098

Stericycle
Attn: Carmen Lopez
13975 Polo Trail Drive
Suite 201
Lake Forest, IL 60045

United States Treasury
P. O. Box 105050
Atlanta, GA 30348

Time Insurance Company
Attn: Premium Services
501 W. Michigan
Milwaukee, WI 53203

Spiro Gerolimatos
13 S. Wynstone Drive
North Barrington, IL 60010

Steve Wolfe
Office of the U.S. Trustee, Region 11
227 W. Monroe Street - Suite 3350
Chicago, IL 60606

Bank of America Leasing
Lease Administrative Center
P. O. Box 371992
Pittsburg, PA 15250-1992

Dr. George Cassidy
9463 Cottage Row
Fish Creek, WI 54212

| | | |
|---|---|---|
| Adam P. Silverman<br>Adelman & Gettleman, Ltd.<br>53 W. Jackson Blvd., Suite 1050<br>Chicago, IL 60604 | Michael Benz<br>Chapman and Cutler LLP<br>111 W. Monroe Street - 15th Floor<br>Chicago, IL 60603-4080 | Silverman Consulting<br>5750 Old Orchard Road<br>Suite 520<br>Skokie, IL 60077 |
| HPSC Inc.<br>Attn: Ms. Gene Analetto<br>One Beacon Street – 2nd Floor<br>Boston, MA 02108 | CIT Group Equipment Financing<br>1540 Fountainhead Parkway<br>Tempe, AZ 85282 | Phillips Medical Systems, NA<br>22100 Bothell Everett Hwy<br>P.O. Box 3003<br>Bothell, WA 94041-3003 |
| Coactiv Capital<br>Attn: Robert Somogyi<br>655 Business Center Drive<br>Horsham, PA 19044 | | |

**DIAGNOSTIC IMAGING SERVICES, INC. D/B/A/ HIGH TECH MEDICAL IMAGING,**


By: /s/ Robert D. Nachman
      One of its attorneys