THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: ) | |
| ) | Case No. 05 55604 |
| Diagnostic Imaging Services, Inc. d/b/a/ ) | |
| High Tech Medical Imaging, ) | Chapter 11 |
| ) | |
| ) | Honorable Susan Pierson Sonderby |
| ) | |
| ) | Hearing Date: September 30, 2008 |
| ) | |
| ) | Hearing Time: 10:30 a.m. |

### ORDER

THIS CAUSE coming on to be heard on the Motion of Diagnostic Imaging Services, Inc. to close case, due notice having been given, and the Court being fully advised in premises,

NOW, THEREFORE, it is hereby ordered that:

This Chapter 11 case be and hereby is closed.

Dated: Chicago, Illinois

September 30, 2008

ENTERED

_____
UNITED STATES BANKRUPTCY JUDGE

CHICAGO\2524581.1
ID\RDN